UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

Elijah Brooks
    Plaintiff

-against-

The City of New York, and
P.O. Benjamin Panas #942804
    Defendants

Complaint
Under the civil rights
act, 42 U.S.C. 1983

Jury Trial

---

I Plaintiff, Elijah Brooks, duly affirms and states herein, that I have elected to file a civil claim against the above defendants - (The City of New York, and P.O. Benjamin Panas #942804) for unlawful arrest and false imprisonment. Which as a result subjected plaintiff to substantial injuries, loss of time and loss of liberty for which plaintiff was held for an extensive period of (5) five months against his lawful will and liberty. Plaintiff's contention herein, is to be reasonably compensated for wrongful conduct of the agents actions, while acting under the color of state law provisions.

Plaintiff, has filed this claim upon the united states district court for civil term division to be held at the united states district court, southern district of new York 500 pearl Street, New York, New York 10007. On a date to be determined for an order to show cause why plaintiff should not be entitled to compensary damages in the interest and spirit of justice.

Respectfully Submitted

*[signature]*

Plaintiff